JUNE 22, 1998

No. 97–1113. AMOS ET AL. *v.* MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pennsylvania Dept. of Corrections* v. *Yeskey, ante,* p. 206.

No. 97–5460. APKER *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hohn* v. *United States, ante,* p. 236.

No. D–1891. IN RE DISBARMENT OF SINGER. Disbarment entered. [For earlier order herein, see 522 U. S. 1040.]

No. D–1937. IN RE DISBARMENT OF FEY. Disbarment entered. [For earlier order herein, see 523 U. S. 1069.]

No. D–1967. IN RE DISBARMENT OF PAHL. J. Larkin Pahl, of Raleigh, N. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1968. IN RE DISBARMENT OF HERZOG. Mitchell W. Herzog, of Eastsound, Wash., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1969. IN RE DISBARMENT OF BARKIN. Steven J. Barkin, of Sherman Oaks, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1970. IN RE DISBARMENT OF KURTZ. Phillip Kurtz, of Euclid, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to